UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON M. ELIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. KINROSS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2106 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests a thirty-day extension of time to file his second amended complaint. Good cause appearing, the Court GRANTS plaintiff's request (ECF No. 15). Plaintiff's second amended complaint shall be filed within thirty days from the date of this Order.

Dated: December 4, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/elia2106.36

1