UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON M. ELIAS,<br><br>   Plaintiff,<br><br>   v.<br><br>J. KINROSS, et al.,<br><br>   Defendants. | No. 2:17-cv-2106 WBS DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On February 5, 2019, the Court issued findings and recommendations to allow this case to proceed only on a First Amendment free exercise claim against Kinross, Lt. Gilliam, and Lt. Appleberry, and a RLUIPA claim against Warden Fox. (ECF No. 20.) Those findings and recommendations remain pending.

Before the Court is Plaintiff's motion for order for service (ECF No. 10), which seeks an order directing service on the named defendants. Because service is not appropriate until the district judge has ruled on the pending findings and recommendations, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

Dated: February 27, 2019

/DLB7;
DB/Inbox/Routine/elia2106.misc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1