1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEIRON M. ELIAS,                          No.  2:17-cv-2106 WBS DB P

12              Plaintiff,

13        v.                                   ORDER

14   J. KINROSS, et al.,

15              Defendants.

16

17        Plaintiff has requested a second extension of time to file and serve a response to

18   defendants' motion for summary judgment filed on March 11, 2021. Good cause appearing, this

19   motion will be granted. Plaintiff is cautioned that further extensions of time may not be granted

20   and will require a showing of extraordinary circumstances.

21        IT IS HEREBY ORDERED:

22        1.  Plaintiff's motion for an extension of time (ECF No. 44) is granted; and

23        2.  Plaintiff's response shall be mailed on or before June 30, 2021. No further extensions

24   of time will be granted absent good cause shown for extraordinary circumstances. Any reply shall

25   be filed and served in accordance with Local Rule 230(l).

26   Dated: April 22, 2021

27
     DLB7
28   elia2106.36opp(2)
                                               DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE