UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON M. ELIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. KINROSS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02106-WBS-DB P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of opposing defendants' summary judgment motion. Michael R. Amster has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Michael R. Amster is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of filing supplemental briefing in opposition to defendant's summary judgment motion and objecting to the Magistrate Judge's Findings and Recommendations, and participating in oral argument on the motion for summary judgment, should the court choose to hold such argument.
2. Plaintiff's supplemental briefing will be due 120 days from the date of this order.

1

      Defendants may file a supplemental reply within 30 days after plaintiff's supplemental briefing is filed.   The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

3. Michael R. Amster's appointment will terminate when the court has ruled on defendants' motion for summary judgment.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Michael R. Amster, Law Office of Michael R. Amster, 7767 La Riviera Dr., Suite 195, Sacramento, CA 95826.

Dated:  October 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE