UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| KEIRON M. ELIAS, | No. 2:17-cv-2106 WBS DB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J. KINROSS, et al., | |
| Defendants. | |

----oo0oo----

        Defendants' motion for summary judgment (Docket No. 40) is hereby SET for oral argument in person in Courtroom 5 on October 24, 2022 at 10:30 a.m. At oral argument, counsel for both sides shall be prepared to discuss, among other things, whether defendants are entitled to qualified immunity.

        IT IS SO ORDERED.

Dated: October 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1