UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON M. ELIAS, | No. 2:17-cv-02106-WBS-DB P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER BENAVIDEZ, | |
| Defendant. | |

Plaintiff proceeds pro se[1] with a claim for prospective injunctive relief under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The time for filing dispositive motions has expired and the dispositive motion previously filed is resolved. Before the court sets a further schedule for this litigation, including due dates for pretrial statements, the court inquires as to each party's position on the usefulness of scheduling a settlement conference, which may take place via videoconference.[2]

---

[1] On October 27, 2021, the court appointed limited purpose counsel to represent plaintiff. (ECF No. 56.) Pursuant to the terms of that order, counsel's appointment terminated on October 25, 2022, when the court ruled on defendant's March 11, 2021 motion for summary judgment. (ECF No. 73.)

[2] This case was previously referred to the court's Post-Screening ADR Project but no settlement conference was held. (ECF Nos. 30, 33, 34.)

1

Good cause appearing, IT IS HEREBY ORDERED that within 14 days of the date of this order, each party shall file a notice briefly stating whether or not the party believes scheduling a settlement conference would be useful at this time.

Dated:  November 15, 2022

DLB7
elia2106.adr

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE