UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEIRON M. ELIAS,<br><br>        Plaintiff,<br><br>  v.<br><br>J. KINROSS, et al.,<br><br>        Defendants. | No. 2:17-cv-2106 WBS DB<br><br><br>ORDER |

----oo0oo----

        The court previously granted in part defendants' motion for summary judgment. (Docket No. 73.) Plaintiff has filed a document entitled "Objections to Courts [sic] Granting of Summary Judgment" (Docket No. 74), which the court will construe as a motion to reconsider under Federal Rule of Civil Procedure 59(e). Plaintiff presents no new facts or circumstances which would warrant reconsideration, but instead repeats arguments already raised on summary judgment. See Jackson v. Walker, 2:06-cv-2023 WBS GGH, 2009 WL 3584946 (E.D. Cal. Oct. 28, 2009) (an unsuccessful party may not use a motion to reconsider "to rehash

1

arguments previously presented" or to present contentions which might have been raised prior to the challenged judgment) (citations omitted).  Accordingly, plaintiff's request for reconsideration (Docket No. 74) is DENIED.

      IT IS SO ORDERED

Dated:  November 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2