UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KEIRON M. ELIAS,
      Plaintiff,

v.

J. KINROSS, et al.
      Defendants.

No. 2:17-cv-02106 WBS DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Keiron M. Elias, inmate no. 202314631, a necessary and material witness in proceedings in this case on November 13, 2023, is confined in the Robert Presley Detention Center, in the custody of the Riverside County Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable William B. Shubb, 14th Floor, Courtroom 5, United States District Courthouse, 501 I Street, Sacramento, California on November 13, 2023, at 1:30 p.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of Riverside County, Robert Presley Detention Center, 4000 Orange Street, Riverside, California, 92501:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 5, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
elia2106.841