UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEIRON M. ELIAS, | No. 2:17-cv-2106 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| J. KINROSS, et al., | |
| Defendants. | |

----oo0oo----

        Plaintiff has requested that the court stay proceedings in this case for 120 days because she has been transferred to the Riverside County Jail and does not have access to her "case files or legal cases to support any arguments in preparation of trial." (Docket No. 93.)  Plaintiff also states that she mistakenly believed that she had already requested a stay in this case and other cases she has currently pending.

        Defendants are hereby ORDERED to respond to plaintiff's request for a stay within seven days.  Upon receipt of defendants' response, the court will make a determination as to

1

whether it will proceed with the November 13, 2023 trial readiness conference and the December 5, 2023 trial date.

IT IS SO ORDERED.

Dated: October 19, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE