1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEIRON M. ELIAS,                          No.  2:17-cv-02106 WBS DB P

12                Plaintiff,

13         v.                                    ORDER

14    J. KINROSS, et al.,

15                Defendants.

16

17         Proceeding pro se, plaintiff filed this civil rights action seeking relief under 42 U.S.C. §

18    1983. Plaintiff's sole remaining claim is brought under the Religious Land Use And

19    Institutionalized Persons Act and proceeds against Acting Warden Cuevas for prospective

20    injunctive relief.

21         On April 12, 2023, the undersigned issued a further scheduling order (ECF No. 86) setting

22    this matter for a jury trial before the Honorable William B. Shubb, on December 5, 2023, at 9:00

23    a.m. in Courtroom 5, 14th Floor. That further scheduling order is modified only to reflect that this

24    matter is set for a bench trial rather than a jury trial.

25         IT IS SO ORDERED

26    Dated:  November 15, 2023

27

28    DLB7
      elia2106.fso.mod
                                                    _____
                                                    DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE